# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| ELI LILLY AND COMPANY, et al.<br>Plaintiffs,<br>v.<br>SUN PHARMACEUTICAL INDUS., LTD., et al.<br>Defendant. | CIVIL NO.: 2:16cv518-RAJ-RJK |
| ELI LILLY AND COMPANY, et al.<br>Plaintiffs,<br>v.<br>TEVA PHARMACEUTICALS USA INC.,<br>Defendant. | CIVIL NO.: 2:16cv519-RAJ-RJK |
| ELI LILLY AND COMPANY, et al.<br>Plaintiffs,<br>v.<br>ZYDUS PHARMACEUTICALS (USA) INC.,<br>Defendant. | CIVIL NO: 2:16cv520-RAJ-RJK |

## *ORDER*

On September 2, 2016, the above-captioned cases were filed in the Norfolk Division of this Court. On the same day, the following cases were filed in the Alexandria Division of this Court:

| | |
|---|---|
| Eli Lilly and Co., et al. v. Actavis Labs. UT, Inc. | Case No.: 1:16-cv-1119-AJT-MSN |
| Eli Lilly and Co., et al. v. Alembic Pharmaceuticals, Inc., et al. | Case No.: 1:16-cv-1120-AJT-MSN |
| Eli Lilly and Co., et al. v. Aurobindo Pharma Ltd., et al. | Case No.: 1:16-cv-1121-AJT-MSN |
| Eli Lilly and Co., et al. v. Myland Pharmaceuticals, Inc., | Case No.: 1:16-cv-1122-AJT-MSN |

In each of the seven cases referenced herein, Plaintiffs assert one count for infringement of U.S. Patent No. 6,943,166 under 35 U.S.C. § 271(e)(2). There are no other counts asserted in any of the cases.

The above-captioned cases are hereby **TRANSFERRED** to the Alexandria Division of this Court for litigation and consolidation as deemed appropriate in the Alexandria Division.

The Court **DIRECTS** the Clerk to send a copy of this Order to all counsel.

**IT IS SO ORDERED.**

Norfolk, Virginia
September /4, 2016

Raymond A. Jackson
United States District Judge